# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Case No. 3:08CV195-FDW-DCK

**LAURI-ANN GIBSON-BARKLEY and DWAYNE BARKLEY,**

    **Plaintiffs,**

v.

**CONAGRA FOODS, INC.,**

    **Defendant.**

**ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE*
OF DIANNA M. MORRIS**

    **THIS CAUSE** having come before the Court on motion of local counsel for Plaintiffs Lauri-Ann Gibson-Barkley and Dwayne Barkley for admission *pro hac vice* of Dianna M. Morris, and it appearing to the Court under Local Rule 83.1(B) that Ms. Morris should be admitted *pro hac vice* as representing Plaintiffs Lauri-Ann Gibson-Barkley and Dwayne Barkley.

    **IT IS THEREFORE ORDERED** that the motion is granted and that Dianna M. Morris is admitted to practice before this Court *pro hac vice*.

Signed: June 23, 2008

David C. Keesler
United States Magistrate Judge