IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08CV195-FDW-DCK

| | |
|---|---|
| LAURI-ANN GIBSON-BARKLEY and DWAYNE BARKLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>    Defendant. | ORDER GRANTING MOTION<br>FOR ADMISSION *PRO HAC VICE*<br>OF ROBERT K. JENNER |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiffs Lauri-Ann Gibson-Barkley and Dwayne Barkley for admission *pro hac vice* of Robert K. Jenner, and it appearing to the Court under Local Rule 83.1(B) that Mr. Jenner should be admitted *pro hac vice* as representing Plaintiffs Lauri-Ann Gibson-Barkley and Dwayne Barkley.

**IT IS THEREFORE ORDERED** that the motion is granted and that Robert K. Jenner is admitted to practice before this Court *pro hac vice*.

Signed: June 23, 2008

David C. Keesler
United States Magistrate Judge