IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08CV195-FDW-DCK

LAURI-ANN GIBSON-BARKLEY and
DWAYNE BARKLEY,

    Plaintiffs,

v.

CONAGRA FOODS, INC.,

    Defendant.

ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE*
OF HAL J. KLEINMAN

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiffs Lauri-Ann Gibson-Barkley and Dwayne Barkley for admission *pro hac vice* of Hal J. Kleinman, and it appearing to the Court under Local Rule 83.1(B) that Mr. Kleinman should be admitted *pro hac vice* as representing Plaintiffs Lauri-Ann Gibson-Barkley and Dwayne Barkley.

**IT IS THEREFORE ORDERED** that the motion is granted and that Hal J. Kkeinman is admitted to practice before this Court *pro hac vice*.

Signed: June 23, 2008

David C. Keesler
United States Magistrate Judge