IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08CV195-FDW-DCK

| | |
|---|---|
| LAURI-ANN GIBSON-BARKLEY and DWAYNE BARKLEY,<br><br>  Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>  Defendant. | ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK E. BROOKHOUSER, JR. |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant ConAgra Foods, Inc. for admission *pro hac vice* of Patrick E. Brookhouser, Jr., and it appearing to the Court under Local Rule 83.1(B) that Mr. Brookhouser should be admitted *pro hac vice* as representing Defendant ConAgra Foods, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and that Patrick E. Brookhouser, Jr. is admitted to practice before this Court *pro hac vice*.

Signed: July 22, 2008

David C. Keesler
United States Magistrate Judge